Daniel Biblin, appellee, v. Fred V. Maguire et al., defendants, on appeal of Joseph P. Corr, appellant. Gen. No. 37,490.

 Opinion filed May 8, 1934.

V. I. Ohrenstein and Peter J. Rosenblatt, for appellant. No appearance for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.

Leo V. Roeder, appellee, v. Fred V. Maguire et al., defendants, on appeal of John D. Gibbons, appellant. Gen. No. 37,491.

 Opinion filed May 8, 1934.

Alfred E. Roth, for appellant. No appearance for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.

Ike Copalman, appellee, v. Morris Dubov et al., defendants, on appeal of Anne Strongin, appellant. Gen. No. 37,546.

 Opinion filed June 7, 1934.

Rubenstein & Becker, for appellant; Harry Becker, of counsel. No appearance for appellee.

Mr. Justice Wilson delivered the opinion of the court.

Catherine M. Kennedy, administratrix of the estate of Frederick R. Kennedy, deceased, defendant in error, v. Lincoln Funeral System Association and R. H. McGavock, plaintiffs in error. Gen. No. 37,218.

 Opinion filed June 11, 1934.

Gaines, McCoy & Kelley, for plaintiffs in error; Harris B. Gaines, of counsel. No appearance for defendant in error.

Mr. Presiding Justice Matchett delivered the opinion of the court.